UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SHAWN GILLEY, </br></br>  Plaintiff, </br></br> v. </br></br> ARS NATIONAL SERVICES INC.; and DOE 1-5, </br></br>  Defendant. | Civil Action No. 1:16-cv-00356-LM |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that plaintiff SHAWN GILLEY and defendant ARS NATIONAL SERVICES INC. have reached a settlement in the above-captioned case. Plaintiff expects the settlement to be consummated by October 15, 2016, at which time Plaintiff expects to file a Dismissal of the entire action.

September 7, 2016

s/Paul Petrillo
Paul Petrillo
Law Office of Paul Petrillo
(Of Counsel for Centennial Law Offices)
One Tara Boulevard, Suite 200
Nashua, NH 03062
Phone: 603-894-4120
paulpetrillo202@gmail.com

## **CERTIFICATE OF SERVICE**

I certify that on this date, September 7, 2016, I caused a copy of the foregoing Notice of Settlement, be mailed First Class U.S. Mail, to the following party:

ARS National Services Inc.
201 West Grand Avenue
Escondido, CA 92025

                                                s/Paul Petrillo
                                                Paul Petrillo
                                                Law Office of Paul Petrillo
                                                (Of Counsel for Centennial Law Offices)
                                                One Tara Boulevard, Suite 200
                                                Nashua, NH 03062
                                                Phone: 603-894-4120
                                                paulpetrillo202@gmail.com