# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| SHAWN GILLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:16-cv-00356-LM |
| | ) | |
| v. | ) | |
| | ) | |
| ARS NATIONAL SERVICES INC.; and DOE 1-5, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the entire action with prejudice.

October 24, 2016

    s/Paul Petrillo
    Paul Petrillo
    Law Office of Paul Petrillo
    (Of Counsel for Centennial Law Offices)
    One Tara Boulevard, Suite 200
    Nashua, NH 03062
    Phone: 603-894-4120
    paulpetrillo202@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this date, October 24, 2016, I caused a copy of the foregoing Notice of Dismissal, be mailed First Class U.S. Mail, to the following party:

ARS National Services Inc.
201 West Grand Avenue
Escondido, CA 92025

                                              s/Paul Petrillo
                                              Paul Petrillo
                                              Law Office of Paul Petrillo
                                              (Of Counsel for Centennial Law Offices)
                                              One Tara Boulevard, Suite 200
                                              Nashua, NH 03062
                                              Phone: 603-894-4120
                                              paulpetrillo202@gmail.com